UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Melissa E. Vazquez-Ocasio,<br><br>                     Plaintiff,<br><br>-against-<br><br>Commissioner of Social Security,<br><br>                     Defendant. | 24-CV-05546 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      A telephonic conference is scheduled for **Wednesday, October 30, 2024 at 12:00 pm.** Plaintiff and Counsel for Defendant are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 817 016 975#. The parties should be prepare to discuss Plaintiff's pending opposition to the Defendant's Motion to Dismiss the Complaint [ECF 16].

DATED:  October 17, 2024　　　　　　　　　　　　　SO ORDERED.
              New York, NY

                                                                  **ROBYN F. TARNOFSKY**
                                                                  United States Magistrate Judge