UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELISSA E. VAZQUEZ-OCASIO,

               Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

               Defendant.

24-CV-05546 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On September 30, 2024 Defendant filed a Motion to Dismiss the Complaint. (*See* ECF 16.) I held a status conference with the parties on October 30, 2024.

As discussed at the conference, the Commissioner of Social Security has asked the Court to dismiss this case because of a late filing by Plaintiff. At Plaintiff's request, her letter explaining why she believes the case should not be dismissed is due on **November 4, 2024**. Plaintiff may file her letter with the Court by attaching it to an email ProSe@nysd.uscourts.gov. The letter must be in PDF format, no larger than 15 megabytes and include the case caption "24-cv-05546-RFT Vazquez-Ocasio v. Commissioner of Social Security" in the subject line of the email. If Plaintiff has any questions regarding filing her letter, she is directed to contact the Pro Se Intake Unit, 212-805-0175, during business hours, 8:30 a.m.-5:00 p.m., Monday-Friday (except federal holidays).

If Plaintiff needs more time to file a letter explaining why the case should not be dismissed, she should email both the Court at ProSe@nysd.uscourts.gov and the lawyer for the Commissioner of Social Security at candace.m.brown.casey@ssa.gov to say that she needs more time. The Commissioner of Social Security has until two weeks after the date of Plaintiff's filing to respond to Plaintiff's arguments for why the case should not be dismissed. Once

Plaintiff's letter and the Commissioner of Social Security's response have been received by the Court, I will review the arguments and make a recommendation to the District Judge on whether or not the case should be dismissed.

Plaintiff is advised that there is a Pro Se Law Clinic available to assist self-represented parties in civil cases. The Clinic may be able to provide a pro se party with advice in connection with their case. The Pro Se Law Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any self-represented party through the Pro Se Intake Unit). If Plaintiff would like legal assistance she should complete the City Bar Justice Center's [intake form](#) to make an appointment. If Plaintiff has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org). In-person appointments in the Thurgood Marshall Courthouse in Manhattan are available Monday through Thursday, 10am to 4pm. Appointments are also available remotely Monday through Friday, 10am to 4pm.

DATED: October 31, 2024
      New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge