UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELISSA E. VAZQUEZ-OCASIO,<br><br>                 Plaintiff,<br><br>-against-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                 Defendant. | 24-CV-05546 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    This action is scheduled for a telephonic status conference on **Tuesday, November 19, 2024** at **10 AM**. The parties shall join the conference at the scheduled time by dialing **(646) 453-4442, Access Code: 678 087 314#.**

DATED: November 13, 2024
        New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge