UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELISSA E. VAZQUEZ-OCASIO,

                Plaintiff,

    -against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

24-CV-5546 (RFT)

ORDER

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On March 11, 2025, I granted Defendant's motion to dismiss Plaintiff's complaint without prejudice to Plaintiff's filing an amended complaint within 30 days of the date of the opinion and order. (*See* ECF 28, at 12.) Plaintiff had until April 10, 2025 to file an amended complaint to address the issues with her original complaint that were discussed in the opinion and order. (*See id.*) To this date, Plaintiff has not filed an amended complaint in this action.

I am sua sponte extending the deadline for Plaintiff to file an amended complaint nunc pro tunc until **May 15, 2025**.

Dated: April 15, 2025
New York, NY

SO ORDERED.

*/s/ Robyn F. Tarnofsky*
ROBYN F. TARNOFSKY
United States Magistrate Judge