UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELISSA E. VAZQUEZ-OCASIO,<br><br>       Plaintiff,<br><br> -against-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>       Defendant. | 24-CV-5546 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This action is scheduled for a telephonic status conference on **June 6, 2025 at 12:00 PM**. Pro se Plaintiff should be prepared to discuss whether she intends to file an amended complaint in this action following the Court's order granting Defendant's motion to dismiss. (*See* ECF 28; ECF 31.) Pro se Plaintiff and counsel for Defendant are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 768 944 087 #**.

Dated: May 29, 2025
   New York, NY

SO ORDERED.

_____
ROBYN F. TARNOFSKY
United States Magistrate Judge