UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELISSA E. VAZQUEZ-OCASIO,

                              Plaintiff,

              -against-

COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.

24-CV-5546 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge**:

      I held a telephonic conference on June 6, 2025. Plaintiff and counsel for SSA attended. Plaintiff stated that she would still like to file an amended complaint. Plaintiff's time to file an amended complaint is extended retroactively until **June 27, 2025**.

      Plaintiff may file her amended complaint by email, regular mail, or she may deliver it in person. If Plaintiff wishes to file by email, she may do so by emailing ProSe@nysd.uscourts.gov. The amended complaint must be attached to the email in PDF format and be no larger than 15 megabytes. The subject line of the email must include "**24-cv-05546-RFT Vazquez-Ocasio v. Commissioner of Social Security**." If Plaintiff wishes to file by regular mail, she may do so by mailing a paper copy of her amended complaint to the Court at the following address: **Pro Se Intake Unit, 500 Pearl Street, Room 205, New York, NY 10007**. If Plaintiff wishes to deliver her amended complaint in person, she may do so by bringing a paper copy of her amended complaint in person to the Court at the Pro Se Intake Unit's office at **Room 205** at the following address: **500 Pearl Street, New York, NY 10007**.

      If Plaintiff has any questions regarding filing her amended complaint, she is directed to contact the Pro Se Intake Unit, 212-805-0175, during business hours, 8:30 AM to 5:00 PM,

Monday through Friday (except federal holidays). Plaintiff may also visit the Pro Se Intake Unit's webpage at: https://www.nysd.uscourts.gov/prose.

If Plaintiff needs more time to file her amended complaint, she should email both the Court at ProSe@nysd.uscourts.gov and the SSA lawyer at candace.m.brown.casey@ssa.gov to say that she needs more time. SSA has until three weeks after the date of Plaintiff's filing of her amended complaint to respond to the amended complaint.

Dated: June 9, 2025
     New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge