UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Melissa E. Vazquez-Ocasio,<br><br>              Plaintiff,<br><br>-against-<br><br>Commissioner of Social Security,<br><br>              Defendant. | 24-CV-05546 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      A telephonic conference is scheduled for **Wednesday, July 9, 2025 at 11:00 a.m.** Plaintiff and Counsel for Defendant are directed to join the conference at the scheduled time. Please dial **(646) 453-4442, Access Code: 555 765 086#**. The parties should be prepared to discuss my order regarding Plaintiff's time to file an amended complaint [ECF 33].

DATED:  July 1, 2025  
            New York, NY

SO ORDERED.

_____  
**ROBYN F. TARNOFSKY**  
United States Magistrate Judge