UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELISSA E. VAZQUEZ-OCASIO,<br><br>         Plaintiff,<br><br>-against-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>         Defendant. | 24-CV-5546 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge**:

  I held a conference on July 9, 2025. Plaintiff indicated that she still wishes to file an amended complaint. I extended the time for Plaintiff to file her amended complaint until **July 30, 2025**. Defendant has until **August 29, 2025** to move to dismiss, and if Defendant moves to dismiss, Plaintiff shall have until **September 30, 2025** to oppose the motion and Defendant shall have until **October 15, 2025** to file a reply. Plaintiff is reminded that if she wants to continue this case, she needs to file the required documents as ordered by the Court. Failure to make required filings in a timely way may lead to a decision dismissing this case for her failure to move the case forward.

Dated: July 9, 2025
   New York, NY

                    SO ORDERED.

                    _____
                    **ROBYN F. TARNOFSKY**
                    United States Magistrate Judge